IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY OLIVER,<br>  Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA INC,<br>et al.,<br>  Defendants. | No. 3:22-cv-981-N (BT) |

## ORDER

On May 4, 2022, the United States Magistrate Judge made findings, conclusions and a recommendation in this case. The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Any objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 16th day of June, 2022.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE